## <u>EXHIBIT A</u>

**Abbott Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| Mishti Holdings LLC, *et al.*, | Case No. 19-11813 (CSS) |
| Debtors.[1] | Jointly Administered |

**DECLARATION OF DEREK C. ABBOTT IN SUPPORT OF THE DEBTORS'**
**APPLICATION FOR ENTRY OF AN ORDER UNDER SECTIONS 327(a) AND**
**1107(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 2014 AND 2016,**
**AND LOCAL RULES 2014-1 AND 2016-1 AUTHORIZING RETENTION AND**
**EMPLOYMENT OF MORRIS, NICHOLS, ARSHT & TUNNELL LLP AS**
**BANKRUPTCY CO-COUNSEL AND DELAWARE COUNSEL FOR THE**
**DEBTORS *NUNC PRO TUNC* TO THE PETITION DATE**

I, DEREK C. ABBOTT, hereby declare under penalty of perjury:

1.       I am a partner at Morris, Nichols, Arsht & Tunnell LLP ("Morris Nichols"), which maintains an office for the practice of law at 1201 North Market Street, 16th Floor, Wilmington, Delaware 19801.  I am an attorney at law, duly admitted and in good standing to practice in the state of Delaware, as well as in the United States District Court for the District of Delaware and the United States Court of Appeals for the Third Circuit.

2.       I submit this declaration (the "Declaration") in connection with the *Debtors' Application for Entry of an Order Under Sections 327(a) and 1107(b) of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016, and Local Rules 2014-1 and 2016-1 Authorizing Retention and Employment of Morris, Nichols, Arsht & Tunnell LLP as Bankruptcy Co-Counsel and Delaware Counsel for the Debtors* Nunc Pro Tunc *to the Petition Date* (the

---

[1]       The Debtors in these cases, along with the last four digits of each Debtors' federal EIN, are as follows: Mishti Holdings LLC (1193); Lolli and Pops, Inc. (1938); and Meetha Ventures LLC (3065).  The Debtors' mailing address is 111 Ellis Street, Floor 5, San Francisco, California 94102.

"Application")[2] and to provide certain disclosures under sections 327(a) and 329(a) of title 11 of the United States Code (as amended, the "Bankruptcy Code"), rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and rules 2014-1 and 2016-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules").

3.    Except as otherwise indicated, I have personal knowledge of the matters set forth herein and, if called as a witness, would testify competently hereto.[3]

4.    By separate application, the Debtors seek to retain and employ Theodora Oringher PC ("Theodora Oringher") as bankruptcy co-counsel in these chapter 11 cases. Morris Nichols intends to work cooperatively with Theodora Oringher and the Debtors' other professionals to provide effective and cost-efficient representation of the Debtors in these chapter 11 cases and avoid unnecessary duplication of efforts.

5.    Morris Nichols's attorneys have specialized knowledge and experience in bankruptcy, reorganization and restructuring, corporate litigation, corporate governance, and other areas that are or may be relevant to these chapter 11 cases.

6.    Insofar as I have been able to ascertain, Morris Nichols and its partners, associates and counsel do not have any material connection with the Debtors, their significant creditors, or any other parties in interest, or any of their respective attorneys or accountants, other than as described in this Declaration.

---

[2]    Capitalized terms not defined herein are defined in the Application. Morris Nichols does not waive by the Application, this Declaration, and its contents, and hereby reserves and preserves, all privileges.

[3]    Certain of the disclosures herein relate to matters within the knowledge of other attorneys at Morris Nichols and are based on information provided by them.

7.      Due to the size and diversity of the firm's practice, Morris Nichols may have represented or otherwise dealt with or may now be representing or otherwise dealing with certain entities or persons (and their attorneys or accountants) who are or may consider themselves to be creditors, equity security holders, or parties interested in these cases.  However, Morris Nichols does not and will not represent any entity other than the Debtors in connection with these cases.

8.      In addition, Morris Nichols is or has been engaged in a number of matters in which attorneys and other professionals representing various parties in interest in these cases are or have also been involved; in a number of cases, Morris Nichols and those professionals represent or have represented the same clients.  Moreover, due to the nature and size of its practice, Morris Nichols has or has had relationships as local, co-counsel, or referring counsel with many major law firms in most, if not all, major cities in the United States, which includes law firms representing creditors or other parties in interest in these cases; all such relationships are on matters unrelated to these cases.  Morris Nichols is also a member of certain lawyer associations and networks, including TerraLex, a worldwide network of law firms, and ALAS, a mutual insurance company owned by law firms, each of which may include law firms representing creditors or other parties in interest in these cases.  Furthermore, Morris Nichols, as part of its practice, also has and continues to represent agents, trustees, and similar entities in bankruptcy cases in which participants in the related facilities may be or believe they are creditors or other parties in interest in the above-captioned bankruptcy cases; Morris Nichols does not represent these participants and they are not generally part of Morris Nichols's conflict system.

9.      Morris Nichols has conducted, and continues to conduct, research into its relations with the Debtors, their substantial creditors and equity security holders, and other parties interested in these cases.  As part of this inquiry, Morris Nichols obtained the names of individuals or entities that may be parties in interest in these chapter 11 cases (the "Potential Parties in Interest") annexed hereto as **Schedule 1**.  Morris Nichols then entered the names of Potential Parties in Interest into a computer database containing the names of all clients and conflict information concerning the clients of Morris Nichols.  From the results of this inquiry, Morris Nichols compiled a list ("Client Match List")[4] of Potential Parties in Interest that are current or former Morris Nichols clients.  The Client Match List is divided into two schedules of current and former clients, respectively.

10.      With additional inquiry, Morris Nichols has determined that its representations of the Client Match Entities concern matters unrelated to these chapter 11 cases, except to the extent otherwise indicated herein.  In particular, to the best of my knowledge, information, and belief: (i) Morris Nichols currently serves as counsel to those entities, or affiliates of those entities, identified on the schedule annexed hereto as **Schedule 2** on matters unrelated to these cases; and (ii) Morris Nichols formerly represented those entities, or affiliates of those entities, identified on the schedule annexed hereto as **Schedule 3** on matters unrelated to these cases since August 1, 2016.  Morris Nichols's computer database covers a period of time prior to August 1, 2016; however, consistent with the disinterestedness timeframe of two to three years, Morris Nichols has not listed on Schedule 3 former clients for such prior period.  Although

---

[4]      To the extent that a Client Match Entity disclosed in either Schedule 2 or Schedule 3 attached to this Declaration is not an "affiliate" (as such term is defined in section 101(2) of the Bankruptcy Code) of or is otherwise unrelated to a Potential Party in Interest, such Client Match Entity shall not be construed as an affiliate of or entity related to such Potential Party in Interest and Morris Nichols reserves all rights with respect thereto.

Morris Nichols values all of its clients, none of the entities listed on the Client Match List represent a significant portion of the firm's annual revenue.

11.     In addition, Delaware Corporate Organizers, Inc. ("DCO"), a wholly-owned subsidiary of Morris Nichols, serves as registered agent for certain Delaware corporations and performs various non-legal corporate services, and may serve as registered agent or perform other non-legal corporate services, for entities connected to these cases.   DCO does not provide legal services, however, and does not have an attorney-client relationship with any of its customers.

12.     Gregory W. Werkheiser, a partner in this firm, is married to Rachel L. Werkheiser, who, since August 31, 2009, has served as a judicial law clerk to the Honorable Christopher S. Sontchi, a Bankruptcy Judge in this District.

13.     Dion Wynn, a paralegal specialist with the U.S. Trustee's office in Delaware was an employee of Morris Nichols from 1998 to 2000.

14.     Other than as set forth herein, Morris Nichols is neither a creditor of the Debtors, an equity holder of the Debtors, nor an insider of the Debtors.   For so long as it represents the Debtors, Morris Nichols will not represent any entities other than the Debtors in connection with these cases.

15.     Neither I nor Morris Nichols, including any partner, counsel, or associate thereof, represent any interest adverse to the Debtors or the Debtors' estates in the matters upon which Morris Nichols is proposed to be engaged.

16.     Morris Nichols is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code.

17.     Morris Nichols was retained by the Debtors on August 5, 2019, and began work on August 7, 2019.  On August 7, 2019, Morris Nichols received an advance payment of $50,000 from the Debtors, and, on August 9, 2019, received an additional advance payment of $200,000 from the Debtors, for a total prepetition advance of $250,000.  Morris Nichols invoiced $100,216.85 for prepetition fees and expenses, and applied this amount against the advance payment, leaving a net advance of $149,783.15.  Accordingly, Morris Nichols currently holds a balance of $149,783.15 as an advance payment for services to be rendered and expenses to be incurred in connection with its representation of the Debtors (the "Current Advance").

18.     To the best of my knowledge, information, and belief, Morris Nichols has not been paid any other compensation by the Debtors during the 90-day period prior to the Petition Date and Morris Nichols is not a prepetition creditor of the Debtors.

19.     Subject to Court approval in accordance with Bankruptcy Code sections 330 and 331, the Bankruptcy Rules, and the applicable orders and Local Rules of this Court, the Debtors propose to pay Morris Nichols its customary hourly rates in effect from time to time as set forth herein, plus reimbursement of actual, necessary expenses incurred by Morris Nichols on the Debtors' behalves.  The following are Morris Nichols's current hourly rates for work of this nature:

| | |
|---|---|
| Partners | $675–1,100 |
| Associates and Special Counsel | $425–695 |
| Paraprofessionals | $285–330 |

20.     These hourly rates are subject to periodic adjustments to reflect economic and other conditions.

21.     Morris Nichols will seek interim and final approval of payment of compensation and reimbursement of expenses in connection with these cases pursuant to sections

330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, and the applicable orders and Local Rules of this Court.

22.      All filing fees in these chapter 11 cases have been paid.

23.      Morris Nichols and its partners, counsel and associates have not received, agreed to, or been promised any compensation in connection with its representation of the Debtors in these cases other than as set forth in the Application.

24.      Morris Nichols has neither shared nor agreed to share (i) any compensation it has received or may receive with another party or person, other than with the partners, counsel, and associates of Morris Nichols, or (ii) any compensation another person or party has received or may receive.

25.      The proposed employment of Morris Nichols is not prohibited by or improper under Bankruptcy Rule 5002.  Except as disclosed herein, I am not related, and to the best of my knowledge, information, and belief, no attorney at the Morris Nichols is related, to any United States Bankruptcy Judge or District Court Judge for the District of Delaware or to the United States Trustee for such district or any employee in the office thereof.

26.      By reason of the foregoing, I believe that Morris Nichols is eligible for retention and employment as bankruptcy co-counsel and Delaware counsel for the Debtors pursuant to sections 327(a) and 1107(b) and the applicable Bankruptcy Rules and Local Rules.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on August 29, 2019
          Wilmington, Delaware

                                        */s/ Derek C. Abbott*
                                        Derek C. Abbott

## **Schedule 1**

**Potential Parties in Interest**

**Mishti Holdings, LLC**
**Potential Parties in Interest List**

<u>**Debtors, Affiliates & Subsidiaries**</u>
- Lolli and Pops, Inc.
- Meetha Ventures, LLC
- Mishti Holdings, LLC

<u>**Alias/Trade Names/ Former Names**</u>
- Candyopolis
- Powell's Sweet Shoppe

<u>**Significant Equity Holders**</u>
- GCM-LOL, LLC
- Paxion Capital, LP
- Rajesh Gupta and Rajni Gupta 2015 Trust
- Siddhartha Gupta

<u>**Current Officers and Directors of the Debtors**</u>
- Charles Reardon
- David Wright
- Duncan Robertson
- James R. Hexter
- Jeff Nerland
- Keri Morris

<u>**Former Officers and Directors (past 6 years)**</u>
- Ashish K. Bhardwaj
- Billy Eichenholz
- Charles Paul
- Michael E. Marks
- Neil Mehta
- Rajesh Gupta
- Richard Kim
- Scott Burger
- Scott Ransenberg
- Siddhartha Gupta
- Thomas Baker

<u>**Banks**</u>
- Access Bank
- Banc First
- Bank of America

- BBVA Compos Capital One Bank
- Chase Bank
- First Bank of Kansas
- First Republic Bank
- First United Bank
- First Westroads Bank
- Great Southern Bank
- International Bank of Commerce
- TD Bank
- Texas Community Bank
- Washington Federal
- Wells Fargo

<u>**Equipment Lessors**</u>
- Smart Safe

<u>**Holders of 30 Largest Unsecured Claims (Consolidated)**</u>
- Albanese Confectionary Group
- American Wholesale Lighting, Inc.
- Connor Group Global Services, LLC
- Debbas Gourmet, LLC
- Echelon Fine Printing
- Finn Daniels Inc.
- First Republic Bank
- First Source VA
- G&J Holdings
- Garden State Plaza
- Horizon Retail Construction, Inc.
- House Sinclair
- Jordan Creek Town Center
- Katerra Renovations LLC
- Le Belge Chcolatiers
- Management Resources Systems, Inc
- NOA Brands America
- Pearl Resourcing LLC
- Ravico USA, LLC
- Retail Contracting Group, Inc.
- S. Walter Packaging
- The Shops at La Cantera
- Triangle Sign & Service LLC
- Tyson's Corner Holdings LLC
- Ultra-Color Corporation

**Mishti Holdings, LLC**
**Potential Parties in Interest List**

- Unlimited Innovations, Inc.
- VH Creations Inc.
- Vosges Haut-Chocolat LLC
- Washington Square
- Willowbrook Mall LLC

**<u>Landlord / Payee on Real Estate Lease</u>**
- Arden Fair Associates, LP
- Baybrook Mall, LLC
- Beachwood Place Mall, LLC
- Beachwood Place Mall, LLC
- BELLEVUE SQUARE, LLC
- Boise Towne Square, LLC
- Bridgewater Commons Mall, LLC
- Brookfield Properties
- CHRISTIANA MALL LLC
- Clackamas Mall, LLC
- DTPS C-15, LLC
- FASHION OUTLETS OF CHICAGO LLC
- Fashion Place, LLC
- Fashion Show Mall, LLC
- First Colony Mall, LLC
- Garrison Salina Owner LLC
- GC&A Central Mall Partners, LP
- GGP Northridge Fashion Center, LP
- GGP-Maine Mall, LLC
- GGP-Providence Place, LLC
- Glendale I Mall Associates, LP
- GS Portfolio Holdings, LLC
- Hocker Oxmoor, LLC
- IQ9 – 200 SW C AVE LLC
- Jordan Creek Town Center, LLC
- Kenwood Towne Centre, LLC
- KING OF PRUSSIA ASSOCIATES
- La Cantera Retail Limited Partnership
- Los Gatos Sweet Tooth, Inc.
- Macerich Oaks, LP
- MALL AT LEHIGH VALLEY, L.P.
- Mall of Louisiana, LLC
- Mayfair Mall, LLC

- MEMORIAL CITY MALL, LP
- Montgomery Mall
- Moolchand Ventures, LLC
- MSM Property, LLC
- Natick Mall, LLC
- North Point Mall, LLC
- Northstar Mall, LLC
- OAK PARK MALL, LLC
- Oakbrook Shopping Center, LLC
- Park City Center Business Trust
- Park Meadows, LLC
- Penn Square Mall Limited Partnership
- Perimeter Mall, LLC
- PPR Washington Square, LLC
- Quail Springs Mall, LLC
- Ridgedale Center, LLC
- Saint Louis Galleria, LLC
- Shawnee Mall Owner, LLC
- SHOPS AT MISSION VIEJO, LLC
- Simon Property Group, LP
- SOONER FASHION MALL L.L.C.
- Southpoint Mall, LLC
- Stonebriar Mall, LLC
- Stonestown Shopping Center, LP
- Taubman Landlords
- The Grand Canal Shops II, LLC
- The Mall in Columbia, LLC
- The Shoppes at Palazzo, LLC
- The Woodlands Mall Associates, LLC
- Town West Square LLC
- Towson TC, LLC
- Tysons Corner Holdings, LLC
- WEA Southcenter LLC
- WEST COUNTY CENTER CMBS, LLC
- Westfield Property Management
- Westlake Center LLC
- Westland Garden State Plaza, LP
- Westridge Mall LLC
- Westroads Mall

**Mishti Holdings, LLC**
**Potential Parties in Interest List**

- Willowbrook Mall (TX), LLC
- Willowbrook Mall, LLC
- WOODLAND HILLS MALL, LLC

**Major Competitors**
- Powell's Sweetshop
- See's Candy
- Sugarfina

**Major Insurers and Insurance Brokers**
- Admiral Insurance Co.
- Anthem Blue Cross
- E-Risk Services, LLC (Insurance Agent)
- Heffernan Insurance Brokers
- Nationwide Insurance
- Scottsdale Insurance Co.
- Scottsdale Insurance Company (Underwriter)
- Travelers Insurance

**Utilities**
- Ameren Missouri
- AT&T
- Baltimore Gas and Electric Company
- BAY ALARM COMPANY
- BGE
- Central Maine Power
- City of Roseville Utilities
- ComEd
- Consolidated communications
- Coplay Whitehall Sewer Authority
- CPS Energy
- Duke Energy
- EnergyWorks Lancaster, LLC
- Entergy
- Eversource
- Fastmetrics
- Frontier Communications
- Granite Telecommunications
- INDUSTRY RETAIL GROUP
- Johnson County Wastewater
- Keter Environmental Services, Inc.

- LADWP
- LG&E
- Los Angeles Department of Water and Power
- Nationwide Security Service, Inc.
- NV Energy
- OG & E
- Oklahoma Gas & Electric
- Pacific Gas and Electric Company
- Pepco
- PG&E
- PSE&G CO
- Public Service Enterprise Group
- Puget Sound Energy
- Recology Golden Gate
- RELIANT ENERGY
- San Diego Gas & Electric
- San Francisco Public Utilities Commission
- Southern California Edison
- TEXAS, INC
- The Illuminating Company
- Upper Merion Township
- WASTE MANAGEMENT
- Water One
- Whitehall Township Authority
- Xcel Energy

**United States Bankruptcy Judges for Delaware**
- Hon. Ashley M. Chan
- Hon. Brendan L. Shannon
- Hon. Christopher S. Sontchi
- Hon. John T. Dorsey
- Hon. Karen B. Owens
- Hon. Kevin Gross
- Hon. Kevin J. Carey
- Hon. Laurie Selber Silverstein
- Hon. Mary F. Walrath

**Bankruptcy Court Staff**
- Brian Cavello
- Cacia Batts

**Mishti Holdings, LLC**
**Potential Parties in Interest List**

- Catherine Farrell
- Cheryl Szymanski
- Claire Brady
- Danielle Gadson
- Donna Grottini
- Janet Moore
- Jill Walker
- Karen Strupczewski
- Laura Haney
- Laurie Capp
- Lora Johnson
- Marquietta Lopez
- Nancy Hunt
- Rachel Bello
- Rachel Werkheiser
- Sherry Scaruzzí
- Una O'Boyle

**U.S. Trustee & Staff**
- Benjamin Hackman
- Christine Green
- David Buchbinder
- Diano Giordano
- Dion Wynn
- Edith A. Serrano
- Hannah M. McCollum
- Holly Dice
- James R. O'Malley
- Jane Leamy
- Jeffrey Heck
- Juliet Sarkessian
- Karen Starr
- Lauren Attix
- Linda Casey
- Linda Richenderfer
- Michael Panacio
- Ramona Vinson
- Richard Schepacarter
- Shakima L. Dortch
- T. Patrick Tinker
- Timothy J. Fox, Jr.

**Debtors' Advisors**
- Donlin Recano & Company, Inc.
- GlassRatner Advisory & Capital Group LLC
- Morris, Nichols, Arsht & Tunnell LLP
- Theodora Oringher PC

**Known Professionals of Other Parties**
- Hughes Hubbard & Reed LLP
- Kelley Drye & Warren LLP
- Law Office of Susan E. Kaufman, LLC
- Linebarger Goggan Blair & Sampson, LLP
- Nold Muchinsky PLLC
- Whiteford, Taylor & Preston, LLP
- Young Conaway Stargatt & Taylor, LLP

**Other Contract Counterparties/Vendors/Parties in Interest**
- 23rd Group
- 3 FACE CONSULTING
- 5 Star Backflow Services
- A Priori Specialty Food
- A&A Candy Company
- A.O. Smith Water Heaters
- A.R. Sanchez-Corea & Associates, Inc.
- ABCO mechanical contractors incorporated
- ABD Associates
- Abdallah Candies Inc.
- Academy Fire Life Safety LLC
- Accenture
- Accountemps
- Accounting Principals, Inc.
- Accurate Testing
- Ace Fire Extinguisher Service, Inc.
- ACE Glass Co.
- Acies Engineering

**Mishti Holdings, LLC**
**Potential Parties in Interest List**

- Ada Coca-Cola & Dr. Pepper
- Adam Roe
- Adecco Employment Services
- ADP, LLC
- AED Group 2
- Aidan
- Air Authority LLC
- Airgas USA, LLC
- Al Nassma Chocolate LLC
- Alamo Candy Company
- Alan Barocas
- Albanese Confectionery Group
- Albert Uresti, MPA, PCC
- Alderwood Mall LLC
- Alexandria R Tipps
- Alianza-Newport, Inc.
- Alicia Reedy
- All Valley Refrigeration, Inc.
- Alternative Air LLC
- Amac Plastics
- Amanda Trullinger
- AMAZON
- Amber Ruzic
- Ambius(28)
- Amella
- Ameren Missouri
- American Express
- American Security Products Company
- AMERICAN WHOLESALE LIGHTING INC.
- Amer-Trans Logistics
- Amstar Inc
- Amusemints
- Amy Matheson
- Anastasia Schweikert
- Andrea Clark
- Angela HuiYi Yuen
- Angela Van Krevelen
- Anjana Ponton
- Annapolis Mall LP
- ANN HARRIS BENNETT
- Anne Newhouse
- Antoinette Jordan
- Anya Zelda Goldman
- Apple Inc.
- APS FireCo Tulsa LLC
- ARC Vision Inc.
- Arc Vision Incorporated
- Arden Fair Mall
- Arianna Huggins Bedley
- Arko Signs
- Arrow Fire Protection, Inc.
- Ashley Salvador
- Asian Food Grocer
- ASK Consulting
- Askinosie Chocolate, LLC
- Astor Chocolate Corporation
- Atomic Services, Inc
- Aunt Sally's Praline Shops Inc.
- Aurora World, Inc
- Austin Permit Service, Inc.
- Austin Young Handy Services
- Axel TeGroen
- Axis Global Systems
- Aylang Lou
- B&B Electric
- B&R Fire and Safety
- Bacci Chocolate Design
- Bakeology
- Baleigh Napier
- Banas Consulting LLC
- Baraboo Candy Company
- Barbara Buchanan
- Barcodes Inc. LLC
- Bascom Family Farms
- Bass Flexible Packaging Inc
- Battlefield Mall
- BAY ALARM COMPANY
- Bay Area Pro Cleaning Inc
- Baybrook Mall LLC
- Bayside Printed Products
- Beachwood Place Mall, LLC
- Beautymedia

**Mishti Holdings, LLC**
**Potential Parties in Interest List**

- Belgium's Chocolate Source
- Bellevue Square LLC
- Bequet Confections
- Berlin Packaging
- BeSpark
- Beth Pritchard
- Beverlyn Law
- BGE
- Big Little Fudge
- Big Sky Brands, Inc.
- Billie-Ann Plastics
- Birdstudio
- Bishop Ranch 3
- Bitly
- Blue Moose Sweet Shoppe
- Blue Planet Chocolate LLC
- Boise Mall, LLC - New
- Borgo de Medici USA Inc
- Boston Barricade Company
- Brad Estabrooks
- Braedan Mudd
- Brandon Cobleigh
- Breana Talley
- Breanna Ellison
- Breanna Picazo-Soto
- Breitlane
- Brenda Di Vitale
- Bridge Bank Credit Card
- Bridgett Lara Cortes
- Bridgewater Commons Mall II, LLC
- Bridgewater Township Health Department
- BRITISH WHOLESALE IMPORTS, INC.
- Britney Ann Miller
- Brittain Hastings
- Brittany McDonald
- Bryan Price
- Burton + Burton
- C H Robinson Worldwide, Inc.
- CA Mechanical, Inc.
- Caela Hager
- Caleb Long
- California Composite Container
- California Transport Enterprises, Inc.
- Caliper
- Candy People, LLC
- Capital Safety Services
- Capitol Electric Const. Co.
- Carla Stacho
- Carly McPherson
- Carol Anne Newhouse
- CBIZ CMF LLC
- Celebrity Gourmet Ventures Inc.
- Cello Partners, Inc.
- Center Stage Productions
- Central Key & Safe Company, Inc.
- Central Maine Power
- Central Mall Lawton
- Central Mall Realty Holding, LLC
- Cerenzia Foods, Inc.
- Charles Chocolates
- Cheryl Zornes
- Chloe Molina
- Chocolate Chocolate Chocolate Company
- Chocolate Stars USA, LLC
- Chocolate Storybook
- Chocolatl
- Chris Callahan
- Christiana Mall LLC
- Christine Taylor Collection
- Christopher Cook
- Christopher Cruz
- Christopher Elbow Chocolates, LLC
- Christopher Ruzic
- Chuao Chocolatier
- CINTAS CORP
- Citiwide Enterprises, Inc.
- CJDE Treats
- CKitchen.com
- Clackamas Town Center
- Clairesquares
- Claudia Hart

**Mishti Holdings, LLC**
**Potential Parties in Interest List**

- Clear Creek I.S.D. Tax Office
- Clear Image Inc.
- Clinton Heating & Air Conditioning, Inc.
- Cloud Destinations LLC
- Clutch
- CMA Planners
- Coca-Cola
- Coco Tutti Chocolates
- Cocoa Parlor
- Coffee Meets Bagel
- Colts Chocolates
- Comanche County Treasurer
- CoMed
- Comfort Heating & Air, LLC
- Complete Facility Solutions
- Concept Electrical Services, LLC
- Cone Guys LTD.
- Confiserie Curtin et Companion dba Eclat Chocolate
- Connor Group Global Services, LLC
- Consolidated Communications
- Consolidated Edison
- Constructive Solutions, Inc.
- Cool It, Inc.
- Cooley LLP
- Coolhaus
- Coracao Confections, Inc
- Coronado Center LLC
- Corporation Division-Oregon
- Cosmik LLC
- Costco Wholesale-Online
- Cox, Castle & Nicholson LLP
- Cox, Castle and Nicholson LLP
- CPS Energy
- Crafted Confections
- Criteo Corp
- CT Lien Solutions
- Cushman & Wakefield
- Custodia Freight Services, Inc
- Custom Chocolate, LLC
- Cuyahoga County Board of Health

- Dakota Alspach
- Dakota Brown
- Dallmann Confections Inc
- Damon Levy
- Dandelion Chocolate
- D'Andrea Visual Communications LA, INC
- Dandy Cotton Candy
- Daniel F Fuentes
- Daprano & Company
- Dave's Sweet Tooth
- David Friedman
- David Upshaw
- DAZ Systems Inc.
- Daz Sytems, Inc.
- Deanna Cantwell
- Debbas Gourmet, LLC
- Debra Selio
- Dee'Nashia Sims
- Dekalb County
- Dell Business Credit
- DeWinter Group, Inc.
- Dick Taylor Craft Chocolate
- Digital Studio
- Dillon Candy Company
- Divine Delights
- Dominick Guzman
- Droga Chocolates
- DTPS C-15,LLC
- DUERR PACKAGING CO., Inc.
- Dulce Caramel Co.
- DuPage County Health Department
- Early Bird Food & Co.
- East Baton Rouge Parish Sheriff
- Eat Chic Chocolates, LLC
- Echelon Fine Printing
- Eduardo Reyes
- EGT Enterprise Inc (Facility Maintenance & Construction)
- Elder Jones Building Permit Serv, Inc.
- Eldorado Forklift Company

**Mishti Holdings, LLC**
**Potential Parties in Interest List**

- Emerald City Promotions, LLC
- Emma Ivancich
- Emorie Martin
- Employment Security Division
- Encore Software Services, Inc.
- EnergyWorks Lancaster, LLC
- Engagedly Inc.
- English Tea Shop USA Corp
- Enstrom Candies
- Enterprise Recovery
- Environmental Health Division
- EPIC Construction Services
- Eric Sklar
- Eric Williams
- Erin Bustamante
- Estella Lee
- Eversource
- Exadel
- Excel Graphics
- Executive Assistants Organizations-EAO
- Ezequiel Rivera
- FACTIVA, INC
- Fairfax Company of Virginia LLC
- Fairfield Organics
- Family Foods International Inc.
- Farrah Sani
- Fashion Outlets of Chicago, LLC
- Fashion Place, LLC
- Fashion Show Mall, LLC
- Fashioncraft Excello Inc.
- Fastmetrics
- Fatty Sundays
- FB Washburn Candy
- FedEx
- Fetpak Inc.
- Fiat Business Development, LLC
- FIAT BUSINESS DEVELOPMENT, LLC
- FIKA Acquisitions, LLC
- Finn Daniels Inc.
- Fire King of Seattle, Inc.
- FireMaster
- First Colony Mall, LLC
- First Source
- Firstlease
- Fish Window Cleaning
- FISHBOWL INC.
- ForkTrotter LLC DBA Meska Sweets
- Fortune Cookie Factory
- Franchise Tax Board
- Frank Dinunzi
- Frank Rocchetti
- Frankfurt Kurnit Klein and Selz
- Fran's Chocolates
- Freddie Talai
- French Market of Chicago LLC
- Frontier Communications
- Frozen Food Express
- G&J Holdings
- G&K Services Inc.
- Gabe Romo
- Gabrielle Thompson
- GAETANI REAL ESTATE
- Gallagher Benefit Services, Inc.
- Garda World
- Garden State Plaza
- Garfield County Treasurer
- Gary Chapman
- Gary D. Chapman
- Gary Poppins LLC.
- Gearharts Fine Chocolates
- Genesis Maintenance Corp
- Gerrit J. Verburg Company
- GGPLP REIT Services, LLC
- GGP-Maine Mall LLC
- GGP-Providence Place, LLC
- Giambri's Quality Sweets Inc
- Giant Gummy Bears of Raleigh LLC
- Giovanni Maida
- Gladyne K. Mitchell
- Glassdoor, Inc.

**Mishti Holdings, LLC**
**Potential Parties in Interest List**

- GLENDALE MALL ASSOCIATES, LLC
- GloryBee Natural Sweeteners Inc
- GMV Chocolatier
- Golden Gate Drywall
- Good Eggs, Inc.
- Goodio, Inc
- Gourmet Express
- Gourmet International
- Grainger
- Granite Telecommunications
- Great Lakes Int'l Trading, Inc
- Great Scot International
- Greek Gourmet
- Green Hills Mall TRG LLC
- Green's Lock Shop
- Gregory Haddock
- GS Portfolio Holdings LLC
- GS1 US, Inc.
- Gus Hequet
- Guylian US
- Hallmark
- Hamilton County Public Health
- Hammel Scale Co., Inc.
- Hammonds Candies
- Hampton Popcorn Company
- Hamza Akhtar
- Happy Wish Company
- Heffernan Insurance Brokers
- Helix Nutrition LLC
- Henke Foods
- Hera Export & Import Corp
- Heritage Fire Security
- Hesby Oaks Leadership Charter School
- Hillary McKercher
- HM Collins Photography
- Holland American Food
- Hollweg Assessment Partners LLC
- Holly T Nguyen
- Horizon Retail Construction, Inc.
- HOSODA BROS. INC.

- House of Dorchester
- House Sinclair
- Hu Products LLC
- Hunt Electric Inc.
- Hyman, Phelps & McNamara
- Ievgen Velychko
- Ikes Inc
- Imperial
- INCORP SERVICES INC.
- INDUSTRY RETAIL GROUP
- Infor(US), Inc.
- INNOVATIVE TECHNOLOGIES
- Intermarket Gourmet
- International Environmental Management
- International Systems of America, LLC
- Iowa Department of Inspections and Appeals
- iPass Inc.
- Irina Agiy
- ISA FIREAND SECURITY
- Isabel Martinez
- Isaiah Barbosa
- Italent Corp.
- iTalent CORPORATION
- J&J Heating & Cooling
- J. Mark Heldenbrand, PC
- Jacks Candy
- Jacob A Fick
- Jacob Matthew Bernal
- Jacobsen Salt Co.
- James Bobbitt
- James K. Decker
- Jamie Mayer
- Jasmine Breding
- Jasmine V Le
- Jasmine Winter
- Jason Beldock
- Jason Garrett
- Jason Nielsen
- JDL Inc.

**Mishti Holdings, LLC**
**Potential Parties in Interest List**

- Jeanie M Eyer
- Jelly Belly Candy Company
- Jeni's Splendid Ice Creams
- Jennifer Ann Ryan
- Jennifer Judkins
- Jennifer Ortiz
- Jennifer Yung
- Jenny Yip
- Jeremy Spencer
- JFC International Inc
- Jim Cardosa
- Jimmy Combs
- JJ's Sweets - Inc.
- JLMennella LLC
- Joanna Stout
- John & Kira's Chocolates
- John Caston
- John Kelly Foods Inc.
- Johnson Controls Security Solutions
- Jonboy Caramels LLC
- Jones Contracting Enterprises Inc
- Jordan Creek Town Center
- Joseph C Smeltzer
- Josephina Merida
- Josie Merida
- Joy Osemwonta
- JSI Importers and Distributors
- Juan Castellanos
- Juan Perez
- Judy Cheng
- Julia Lohman
- Juliana Deida
- Julie Lutz
- KAEGI USA INC
- Kaley Hood
- Kansas Candy and Tobacco
- Kansas Dept of Agriculture
- Kansas Fire & Safety Equipment
- KANSAS FIRE EQUIPMENT CO., INC
- Kapaun & Brown, Inc.
- Kara Chocolates
- Karen J. Spradlin
- Karla Galo
- Karndean Design Flooring
- Kate Rose Public Relations LLC
- Kate Swisher
- Katerra Renovations LLC
- Katherine Anne Confections
- Katherine Palmer
- Kathryn Johnston
- Kathy Vasquez
- Kathy Zamani
- Kay Bogeajis
- Kelly O'Leary
- Kelsie Skagerberg
- Kencraft Confections
- Kendall Asmuth
- Kendra Lynn Carlson
- Kenneth L. Maun
- Kenwood Mall LLC
- Keter Environmental Services, Inc
- Kevin Castro
- Kevin Reichner
- Kidder Mathews
- Kidder Mathews
- Kim Van Liefferinge
- Kimberly Lindberg
- King County Treasury
- King of Prussia Associates
- Kirk Palmer Associates
- Knott Family Limited Partnership
- Koppers Chocolate LLC
- KPE Engineers-Architects Forensic Experts
- Kristen A Pizzo
- Kurr Window Cleaning
- KW Engineering, Inc.
- La Muse LLC
- Labeltex
- Labor Law Center
- LADWP
- Lake Erie Plastics, Inc
- Lampton Welding Supply Co., Inc

**Mishti Holdings, LLC**
**Potential Parties in Interest List**

- LANDMARK RETAIL CORP.
- Laura Ireson
- Lauryn Hock
- LBB Imports, LLC
- LBMC W Squared
- Le Belge Chocolatiers
- Legacy Air HVAC LLC
- Legally Addictive Foods, LLC
- Legion Technologies
- Lehigh Valley Associate
- Lehigh Valley Mall, LLC
- Lennox National Account Services
- Leo Leo Gelato
- LG&E a PPL Company
- Lidia Blanco
- Lighthouse Services, Inc.
- Lilian Speakman
- Lillie's Q Sauces &Rubs, LLC
- Linda Yaeger
- LinkedIn Corporation
- Liquid OTC LLC
- Lisa Burgess
- Lisa Taylor
- Little Flower Candy Company
- Little Stinker LLC.
- Little Waisted LLC
- Living Raw
- City Mechanical, Inc.
- Lob.com, Inc.
- Lorena Leeper
- Louisville Metro OMB
- Love Cocoa LTD
- Lukas P Dimayuga
- Luke Atwood Abiol
- Luke Atwood Abiol
- Lush Foods, LLC.
- Lydon Group, Inc.
- Lytle Electric, Inc.
- Macarooz
- Mackenzie Quinn
- Madison Park Greetings
- Maha Hishmeh
- Ma-Ka-Rohn LLC
- Maker Creative Inc.
- Mall of Louisiana, LLC
- Mall St Matthews
- MALVI MARSHMALLOW CONFECTIONS
- Management Resources Systems, Inc
- Manhattan Retail Group Inc.
- Manning Law, APC
- ManPower
- Manpower
- Margo Bland
- Marigold Inc
- Marry Susantin
- Marshmallow Fun Company
- Martin Sign Co., Inc.
- Mary Candice Risley
- Mary Elizabeth Lynch
- Mast Brothers, Inc.
- Matheson Tri-Gas Inc
- Mayfair Mall, LLC
- McElroy's Inc.
- McFadden's Fabulous Fudge
- MCG Architecture
- McNamara Salvia
- McSteven's, Inc.
- Megan Burgess
- Megan Rogers
- Megan Runge
- Melinda Brasil
- Melville Candy Company
- Memorial City Mall, LP
- MERB, LLC
- Mercy O Owusu
- Meredith Sestito
- Meri Meri
- Metalmark Partners
- Metro Door Inc.
- Metro Service Solutions
- Metrofax
- Mexibrands
- Mexican Chocolate Company

**Mishti Holdings, LLC**
**Potential Parties in Interest List**

- Michael Lee
- Michael Neumann Arch
- Michael Powell
- Michelle Liu
- Michelle Torres
- Mike's Hot Honey
- Mio Yoshimura
- Mitchell Wander
- Mittie Grigsby
- MJC CONFECTIONS dba HAMPTON POPCORN
- MO Management LLC
- Modern Construction, Inc. - San Francisco
- Mojisolo Ajanaku
- MoJo Construction
- Monica Anderson
- Monte-Carlo Baking, Inc.
- Montgomery Mall Owner LLC
- Moonstruck Chocolate Co.
- Morgan Gurule
- Morgan Lobotzke
- Morgan Samuels Company, LLC
- Morkes Chocolates
- Morris National, Inc.
- Moss Adams LLP
- Mouth Party LLC
- Moye White LLP
- MTC Photography LLC
- Multi-Color Corporation
- Munn Supply
- Murnane Packaging Corporation
- Murnane Specialties Incorporated
- Murray City Corporation
- Nadia Savage
- Nancy Chao
- Nashville Wraps
- Nassau Candy
- Natalie Stopka
- Nathan Barron
- Natick Mall, LLC
- National Fire Systems, Inc.
- Nationwide Security Service Inc.
- Navia Benefits Solutions
- NCR SPECIALTY RETA
- Nelmar Security Packaging Systems Inc.
- Neuhaus Inc.
- New Zealand Natural Goods
- Nicholas Longoria
- Nikki Godinez
- Nina Brown
- Nitisha Malacheruvu
- No More Dirt, Inc.
- NOA Brands America
- Nohmad Snack Co LLC
- North Point Mall, LLC
- North Star Mall, LLC
- Northridge Fashion Center
- Norton Rose Fulbright US LLP
- Noshi LLC, Tomasion Lethbridge
- NPW-USA
- NRAI, Inc.
- Nurshazleena Johari
- Nuubia, Inc.
- NV Energy
- Oak Alarm Company
- Oak Park Mall, LLC
- Oak View Mall, LLC
- Oakbrook Shopping Center, LLC
- Oakland County Register of Deeds
- Oakridge Mall LLC
- Occupational Health Centers of Georgia, P.C.
- Office of Weights and Measures
- Ogletree, Deakins, Nash, Smoak and Stewart
- Ohio Bureau of Workers' Compensation
- OK Kosher Certification
- OMM IT Solutions
- Omm IT Solutions
- Oracle America, Inc.
- Organic Candy Factory

**Mishti Holdings, LLC**
**Potential Parties in Interest List**

- Original Gourmet
- Orkin Exterminating Company, Inc.
- Oscartek
- Otis McAllister, Inc.
- Oui Oui Macaron LLC
- Oxmoor Center
- Packaging Consultants, Inc.
- Pajama Sweets
- Pak 2000 Inc.
- Pallavi Gupta
- Pamela Harris
- Park City Center Business Trust
- Park Meadows Mall LLC
- Park Mechanical, Inc
- Parway Logistics, Inc.
- Pascha Chocolate
- Patti Poundstone
- Paxs Distributors
- Pearl Resourcing LLC
- Pedro Vasquez
- Pelican Bay, LTD
- Penn Square Mall
- Pepco
- Pepper Creek Farms, LLC
- Perimeter Mall LLC
- Permit Resources, Inc.
- Pez Candy Inc.
- Polyfab
- Praim Group
- Prasheela Narayan
- PrincetonOne
- Priyanka Lakshman
- PRO ACOUSTICS LLC
- Processing Center
- ProClip USA, Inc.
- Professional Image, Inc
- Professional Retail Services
- Pro-Tech Mechanical Construction LLC
- Pucker Powder
- Pure Sugar, LLC
- Quail Creek Self Storage
- Quail Springs Mall, LLC
- Quality Bags
- Quality Bags, Inc -DO NOT USE
- R&R Refrigeration & Air Conditioning
- Rachel Giannella
- Rafferty Jackson
- Ramiro R. Quevedo-Martinez
- Rapid POS
- Ravico USA, LLC.
- RCC
- Real Good Brand, Inc
- Real Soda In Real Bottles, Ltd
- Rebecca Jane Call
- Recology Golden Gate
- RecrcuitLoop
- Redstone Foods, Inc
- Reed Smith LLP
- Reja Walker
- RELEX Solutions Inc.
- RELIANT ENERGY
- Retail Contracting Group, Inc
- Retail Control Systems
- Retail Mechanical Services Inc
- Retail Next
- Retail Radio/Spectrio
- Richard A. Grimm
- Richard Grimm
- Richard Kim
- Ricky Leger
- Ridgedale Center
- Rios and Imlay Incorporated
- Ritchie Asset Management Company
- RMB Development Consultants, Inc
- Robert De Jesus
- Robert Half Finance and Accounting
- Roberto Degollado
- Roseville Shoppingtown LLC
- Ross Drever
- Rowena Avestilla
- RSM Maintenance
- Russell Reynolds Associates, Inc.

**Mishti Holdings, LLC**
**Potential Parties in Interest List**

- Russian Table
- Ryan Hertel
- S. Walter Packaging
- Sabrina M Di Leo
- Safe Fire Inspections
- Sage Law Group
- Saint Louis County Department of Health
- Salt Lake County Assessor
- Salty Road
- Samantha English
- Samantha Lopez
- Sandia High School
- Sandra Holzgen
- Sandy Bellows
- Sangeetha Ramani
- Sapir Tabibi
- Sarah Stephens
- Savannah Bee Company
- Savannah Halay
- Saxon Chocolates
- SB Retail Group Carlbad LLC
- Scale Warehouse and More
- Schneider National Inc.
- Scott Burger
- Scott Riggs
- Seamless Wraps
- Sean McLoughlin
- Seattle Chocolates
- Seattle Gourmet Foods
- Security Resources Inc.
- Service Experts
- ServiceChannel.com, Inc
- Seyoung Kang
- Shaked Law Group, P.C.
- Shamrock Foods Company
- Shane Bongo
- Shannon Aznoe
- Sharon Buntain
- Shawn Wallach
- Shawnee Mall Owner LLC
- Shea Labagh Dobberstein
- Treasure Cove Candy
- Shelby Newell
- Sheri Goodman
- Sherman Oaks Fashion Associates, LP
- Shillington Box Company LLC
- Shops at Mission Viejo LLC
- Shred Works, Inc.
- Sid Gupta
- SillyCow Farms LLC
- Silvia Tonapetian
- Simply Gum
- Siren Snacks, Inc
- Siva Dharmaraj
- SJ Kellerman and Associates
- SLP Consulting, LLC
- SmashMallow LLC
- SMUD
- Snohomish County Treasurer
- Softchoice Corporation
- Something South African
- Sooner Fashion Mall LLC
- SOTF, LLC
- Sourcing Network International
- Southern Nevada Health District
- Southpoint Mall, LLC
- SP Enterprises INC
- Sparkling Clear Window Cleaning
- Specialty Bottle Supply
- Specialty Box & Packaging Co. Inc.
- SPS Commerce, Inc.
- Squire Boone Village, Inc
- St.Louis County Assessor's
- Stanpac Inc
- Star-K
- Starr White
- State Water Heaters
- Stephani Roman
- Stephen Gould Corp
- Stephen Policano
- Sterling Talent Solutions
- Steven Alverado

**Mishti Holdings, LLC**
**Potential Parties in Interest List**

- Steven Andreacola
- Steven Black
- Steven J. Berman, Attorney at Law
- Steven Noble Illustrations, Inc
- Stewart's A/C & Heating
- Stivii Corporation
- Stonebriar Mall LLC
- Stonestown Shopping Center L.P.
- Store Floors
- Stribbons Inc.
- Studio 141 Photography & Creative, LLC
- Studio One Mannetron
- Sturdy Built, Inc
- Subaru Motors Finance C/O Chase
- Sucre
- Sugar & Spun
- Sugarox Candy Studio LLC
- Sun & Swell Foods
- Susan Feldman
- Sustainable Solutions Group
- SV Employment Law Firm
- Swedish Candy Factory, LLC
- Sweet Jules Gifts
- Sweet Pieces Chocolates
- Sweet Shop Usa
- Sweet Tooth Enterprises, LLC
- Sweets Indeed
- Sweetsmith Candy Co.
- SwissImports, LLC
- Sydney Fowler
- SYNCB/AMAZON
- Systron Business Center LLC
- Talent Reconnect
- Tammy J McRae-Tax Assessor
- Tap Packaging Solutions
- TAUBMAN CHERRY CREEK SHOPPING CENTER LLC
- Tawny Petree
- Team Construction Management Inc
- Tech 24 - Commercial Foodservice Repair
- Tele-Pak Inc.
- Terah Aultman
- Terry Adams, Inc.
- TGA OAK VIEW MALL LLC
- The Crispery Of VA LLC
- The French Farm
- The Frosted Baker!
- The Good Chocolate LLC
- The Gourmet Candy Company Ltd
- The Grand Canal Shoppes at the Venetian
- The Great Spirits Baking Co.
- The ICEE Company
- The Illuminating Company
- The Lincoln National Life Insurance Co
- The Lovely Candy Company LLC.
- The Mall in Columbia Business Trust
- The Oaks Mall
- The Point Group Network LLC
- The Revere Group
- The Run-A-Ton Group
- THE SHOPPES AT THE PALAZZO, LLC
- The Shops at La Cantera
- The South Bend Chocolate Company
- The Sweet Lobby LLC
- The Woodlands Mall Associates LLC
- The Xocolate Bar
- Theo Chocolate, Inc
- Theresa LeFlore
- Theresa Piersee
- Thomas Grace Construction
- Ticket Chocolate
- Tiffany Monroe
- Tiffany Wu
- Timothy Diaz
- Timothy Herron
- Timothy Knight
- TinWerks Packaging Co.
- T-Mobile-Floater

**Mishti Holdings, LLC**
**Potential Parties in Interest List**

- Tommy Ko
- Tomric Systems
- Tony's Chocolonely
- TOPS Malibu
- Topvalue Supplies Company
- Torie & Howard LLC
- Total Access Urgent Care
- Total Comfort Group
- Triangle Sign & Service LLC
- Tri-County Health Department
- Tru Fru LLC
- True Commerce, Inc.
- TrueSource, LLC
- Tvo Mall Owner LLC
- Ty Inc.
- Tyco Integrated Security LLC
- Tyson's Corner Holdings LLC
- ULINE
- Ultimate Confetti / Illumination Fireworks
- Ultra-Color Corp.
- Universal Site Services
- Unlimited Innovations, Inc.
- Upper Merion Township
- UPS
- US Infocomm
- USA Scales, Inc
- USPS
- Vandor, LLC
- Vector Security
- Venchi
- VEND LEASE COMPANY, INC.
- Ventura County Environmental Health Div.
- VFP Fire Systems
- VH Creations Inc.
- Vibes Media, LLC
- Victoria Benavides
- Village of Rosemont
- Vincent Giaffoglione
- Vincent Mann
- Vintage Food Corporation

- Virginia Department of Agriculture and Consumer Services
- Virginia Employment Commission
- Vivio Technologies
- Vivi's Life LLC dba Partake Foods
- Vosges Haut-Chocolat LLC
- Voyage-Marche, Inc
- W Services Group, LLC
- Waffleshot, LLC
- Washington Square
- Water One
- Watermelon Road
- Wauwatosa Health Department
- Wayne A. Robey, Clerk of Circuit Court
- WEA Southcenter LLC
- Wedderspoon Organic, LLC
- Wells Fargo Equipment Finance
- Wendel Rosen
- Wendy Hong
- Wendy Magnus Pottawatomie Co Treasurer
- Wenner Media
- West County Mall CMBS, LLC
- West Ridge Mall LLC
- Western Carriers, Inc
- Western Partitions Inc
- WESTFIELD TOPANGA OWNER LP
- Westlake Center, LLC
- Westroads Mall LLC
- Whitney Davidson
- WiLine Networks, Inc.
- William G. Minks
- William Minks
- William Teslik
- Willowbrook Mall LLC
- Wondermade
- Woodblock Chocolate
- Woodland Hills Mall LLC
- Woodlands Metro Center MUD
- Woodside Counsel PC

**Mishti Holdings, LLC**
**Potential Parties in Interest List**

- Wool and Tusk Ltd
- World of Coffee, Inc.
- World Trade Printing Company
- WZ Architecture, LP
- Xivic Inc.
- XO Mints LLC
- Yazhiry Andromeda Williams
- Yiwu Anteng Packaging, Ltd.
- Yolanda Beltran
- YummyEarth Inc.
- Yvonne Lawrence
- Zarah  D. Bronstein
- Zingerman's Candy

**Taxing/Government Authorities**
- Albuquerque, City of
- Alpharetta, City of
- Anne Arundel County
- Baltimore County
- Baton Rouge, City of
- Bellevue, City of
- Bellevue, City of
- Bernalillo County Tax Assessor
- Bexar County
- Borough of Paramus
- California Franchise Tax Board
- California, State of
- Chicago, City of
- Chicago, City of
- City of Albuquerque Fire Department
- Clark County Business License
- Clear Creek Tax Office
- Cleveland County Tax Assessor
- Cleveland County Treasurer
- Colorado Department of Agriculture
- Colorado Department of Revenue
- Colorado Department of Revenue
- Comanche County Assessor of
- Commonwealth of Massachusetts
- Commonwealth of Pennsylvania
- Comptroller of Maryland Revenue

- Deklab County Tax Assessor
- Delaware Department of Labor
- Delaware Secretary of State
- Delaware, State of
- Denver, City of
- Des Moines, City of
- Des Peres, City of
- Douglas County
- Dunwoody, City of
- Durham, City of
- East Baton Rouge Parish Tax Assessor
- Fairfax County Department of Tax Admin
- Fairfax County Department of Tax Administration
- Fairfax County Dept of Tax Admin
- Fort Bend County Tax Assessor
- Frisco, City of
- Frisco, City of
- Garfield County Tax Assessor
- Georgia Department of Labor
- Georgia Department of Revenue
- Georgia Dept of Agriculture
- Glendale, City of
- Harris County Appraisal District
- Houston Department of Health & Human Services
- Howard County Health Department
- Idaho State Department of Agriculture
- Illinois Department of Agriculture
- Illinois Department of Revenue
- Internal Revenue Services
- Iowa Department of Revenue
- Kentucky State Treasurer
- King County Treasury
- Lancaster, City of
- Lawton, City of
- Lone Tree, City of
- Los Angeles County Public Health Department
- Los Angeles County Tax Assessor

**Mishti Holdings, LLC**
**Potential Parties in Interest List**

- Los Angeles, City of
- Los Gatos, Town of
- Louisiana Depart of Agriculture& Forestry
- Louisiana Dept of Health
- Louisiana Dept of Revenue
- Lynnwood, City of
- Maryland Department of Agriculture
- Maryland Department of Labor Licensing
- Maryland Unemployment Insurance Fund
- Massachusetts Department of Revenue
- Massachusetts Division of Employment and Training
- Michigan Department Of Agriculture and Rural Development
- Michigan Department of Licensing and Division of Employment Security
- Michigan Department of Licensing and Regulatory Affairs
- Michigan Department of Revenue
- Michigan Department of Treasury
- Minnetonka, City of
- Missouri Department of Revenue
- Missouri Dept of Agriculture
- Montgomery Central Appraisal District
- Montgomery County Central Appraisal District
- Montgomery County Health Department
- Montgomery County Treasurer
- Natick Board of Assessors
- Natick, Town of
- Nebraska Dept of Agriculture
- Nevada Department of Taxation
- New Jersey Office of the Attorney General
- New Jersey, State of
- New Mexico Department of Workforce Solutions
- New Mexico Tax and Revenue Department
- New Mexico Taxation and Revenue Dept
- New Mexico-Secretary of State
- Norman, City of
- Novi, City of
- Oklahoma City
- Oklahoma County Tax Assessor
- Oklahoma County Treasurer
- Oklahoma Sec of State-Business Filing
- Oklahoma Secretary of State
- Oklahoma State Department of Health
- Oklahoma Tax Commission
- Orange County Health Care Agency
- Orange County Treasurer Tax Collector
- Oregon Department of Agriculture
- Oregon Department of Revenue
- Oregon Dept Revenue-TriMet
- Oregon Employment Department
- Oregon Liquor Control Commission
- Overland Park, City of
- Palm Springs, City of
- Placer County Dept of Weights & Measure
- Placer County Environmental Health
- Placer County Tax Collector
- Pottawatomie County Tax Assessor
- Public Health Seattle King County
- Rhode Island - Division of Taxation
- Rhode Island Department of State
- Rhode Island Division of Taxation
- Riverside County - Department of Environmental Health
- Riverside County Tax Assessor
- Roseville, City of
- Sacramento County

**Mishti Holdings, LLC**
**Potential Parties in Interest List**

- Sacramento County Unsecured Tax Unit
- Sacramento, City of
- Saint Louis County Tax Assessor
- Salt Lake County Tax Assessor
- San Francisco Dept of Building Inspection
- San Francisco Dept of Public Health
- San Francisco Elevator Services
- San Francisco Public Works
- San Francisco Tax Collector
- San Francisco, City of
- San Jose, City of
- Santa Clara County Tax Assessor
- Seattle, City of
- Secretary of State - California
- Secretary of State-IOWA
- Snohomish County Treasurer
- South Portland, City of
- Springfield, City of
- ST Matthews, City of
- State of California Board of Equalization
- Sugar Land, City of
- Tacoma, City of
- Texas Comptroller of Public Accountants
- Texas Workforce Commission
- Thousand Oaks, City of
- Tigard, City of
- Tukwila, City of
- Tulsa County Tax Assessor
- Tulsa, City of
- Utah Department of Agriculture and Food
- Utah Department of Commerce
- Utah Department of Workforce
- Utah State Tax Commission
- Ventura County Tax Assessor
- Virginia Department of Agriculture
- Virginia Department of Taxation
- Virginia Employment Commission

- Washington County Personal Property Section
- Washington Employment Security Department
- Washington State Department of Revenue
- Wauwatosa, City of
- Wayne, Township of
- Whitehall, Township of
- Wichita, City of
- Wisconsin - Department of Financial Institutions
- Wisconsin Department of Revenue
- Wisconsin Department of Workforce Development

**Other Equity Holders**
- 2008 Laila Joyce Tarraf Revocable Trust UAD 9/22/08
- AUI, A Cayman Islands Exempt Company
- Adam Christian Ward
- Alan Barocas
- Alan Pellman
- Alex Chang
- Alex Rafal
- Amit Shah
- Amy Marks
- Amy Stern
- Andy Tran
- Anil Gupta
- Anne Wilner
- Arnau Porto
- Augustin Hong
- Aylang Lou
- Baker GC, PLLC
- Barbara Buchanan
- Benjamin Mullen
- Brian Boycan
- Bruce Bower
- Bruce Lovett Trust dated April 23, 2014

**Mishti Holdings, LLC**
**Potential Parties in Interest List**

- Business Enterprise Holdings Ltd.
- Carla Stacho
- Cesar Lee
- Christie Jack
- Christine Bullen
- Christopher Ruzic
- Christopher Varelas
- Damon Levy
- Daniel Bonoff
- David Friedman
- Debbie Lai
- Dinesh C. Mehta and Raksha D. Mehta, JTWROS
- Elizabeth H. Bradford
- Elizabeth Pinkerton
- Elvira Teano
- Emily Dowds
- Emma Kaufman
- Epping Investment Holdings LLC
- Eric Sklar
- Erik Richard Darby
- Erik Silber
- Esbrok Confectionary Holdings, LLC
- Fernando Joaquin Porto Vila
- Frank Dinunzi
- Gelis Carlos Fernandes
- Giovanni Maida
- Grant A. Calder
- Harsh Argarwal
- Hillary McKercher
- IRA Resources Inc. FBO Sean D. McArthur 21474
- Isidore Capital LLC
- Jasdeep Garcha
- Jason Beldock
- Jason Brock Saunders
- Jennifer Judkins
- Jennifer Loncon
- Jessica Mennella
- John Matthew Salmonson
- John Rein
- Julie Lutz
- Justin Kingston
- Kamlesh Gupta
- Katherine Johnson
- Kaustubh Khandelwal
- Kay Bogeajis
- Kendall Asmuth
- Kristen Edwards
- Laila Tarraf
- Leslie Enterprises LP
- Leslie Family Trust U/A 2/7/96
- Lisa Taylor
- Macro Continental, Inc.
- Marc Schwarzbart
- Mark Leslie
- Mark Mizicko and Wendy Mizicko
- Mary K. Foust Family Trust
- Mary Risley
- Melinda Brasil
- Michael S. Powell
- Mostafa Maleki
- NBT Capital, LLC
- Neufito and Sheila Fernandes Family Trust, U.T.D.
- Neufito and Sheila Fernandes Family Trust, U.T.D.
- Norman Harm
- Pallavi Gupta 2015 Trust
- Paul H. Saunders
- Peter L.S. Currie
- Puja Shah
- RW LP Holdings LLC
- Rae Nicoletti
- Rajesh Gupta & Rajni Gupta, JTWROS
- Richard Kim
- Richard R. Saunders, Jr.
- Riverwood Capital Ventures, L.P.
- Robert DeGennaro
- Robert Shapiro
- Rosalee Lovett Trust dated April 23, 2014

**Mishti Holdings, LLC**
**Potential Parties in Interest List**

- Samantha English
- Samuel Earl Lovett
- Sanjay Mittal
- Satish K. Gupta
- Saunders Family Foundation
- Scott Ransenberg
- Sean McArthur
- Sean McLoughlin
- Sivaram Dharmaraj
- Stephen J. Harrick and Jennifer U. Min,  Trustees of the 2005 Harrick Min Family Trust, U/D/T November 30, 2005
- Stephen Vranes and Rebecca Vranes
- Steve Vranes
- Sweet Sweet, Inc.
- The Marks Family Trust
- The Parks Trust
- The Robert A. Shapiro and Jan L. Shapiro Trust
- The Saunders Family Foundation f/k/a Paul H. and Victoria B. Saunders Family Foundation
- The Thomas J. and Linda M. Smach 2009 Irrevocable Trust
- Theresa LeFlore
- Tim Mott Trust u/a DTD 3/05/04
- Tina Lyon
- Tina Thayer
- Tommy Ko
- V-Ten Investments, LLC
- Virginia S. Grzenia
- Wendy Hong
- Whitney Clark

**SCHEDULE 2**

Morris Nichols currently represents the Potential Parties in Interest and/or affiliates thereof identified below on matters unrelated to these cases.


Anthem Blue Cross
AT&T
Brookfield Properties
Chase Bank
Entergy
LinkedIn Corporation
State of Delaware
Sugarfina
T-Mobile
UPS
Waste Management
Wells Fargo

## **SCHEDULE 3**

Morris Nichols formerly represented the Potential Parties in Interest and/or affiliates thereof identified below on matters unrelated to these cases.

Ada Coca-Cola & Dr. Pepper
Amazon.com, Inc.
Bank of America
Charles Reardon
Cooley LLP
Costco Wholesale-Online
Dell Business Credit
Duke Energy Corp.
Oracle America, Inc.
Southern California Edison