THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In Re: MISHTI HOLDINGS LLC : Case No. 19-11813/MFW
a/k/a Powell's Sweet Shoppe : CHAPTER 7
:
Debtor. :

## NOTICE OF CHANGE FROM ASSET TO NO ASSET

**TO JOSEPH MCMAHON, ASSISTANT UNITED STATES TRUSTEE,**

Alfred T. Giuliano, the Trustee in the above captioned matter, after due inquiry, having discovered no assets hereby gives Notice that this is a No Asset case.

<u>January 22, 2024</u>                /s/ Alfred T. Giuliano, Trustee
Dated                                                  Alfred T. Giuliano, Trustee
                                                              2301 E. Evesham Road
                                                              Pavilion 800, Suite 210
                                                              Voorhees, NJ 08043